UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRI Z. STORM,<br><br>    Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | No.  1:24-cv-00830 JLT GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 11) |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 22, 2025, the magistrate judge issued findings and recommendations to dismiss this matter without prejudice for failure to prosecute and failure to obey court orders. (Doc. 11.)  The Court served the findings and recommendations on the Plaintiff and notified him that any objections were due within 14 days.  (*Id*. at 5.)  The Court advised him that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id*., citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the findings and

1

recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

    1.    The findings and recommendations issued January 22, 2025 (Doc. 11), are **ADOPTED IN FULL**.

    2.    This matter is **DISMISSED** for failure to prosecute this case and for failure to obey court orders.  *See* Fed. R. Civ. P 41(b); Local Rule 110.

IT IS SO ORDERED.

Dated:  **February 10, 2025**

UNITED STATES DISTRICT JUDGE